NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**INTERDIGITAL COMMUNICATIONS, LLC,
INTERDIGITAL TECHNOLOGY CORPORATION,
AND IPR LICENSING, INC.,**
*Appellants,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LG ELECTRONICS, INC., LG ELECTRONICS USA,
INC., AND LG ELECTRONICS MOBILECOMM USA,
INC.,**
*Intervenors.*

_____

2012-1628

_____

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-800.

_____

**ON MOTION**

_____

**O R D E R**

INTERDIGITAL COMMUNICATIONS V. ITC                    2

The parties jointly move for a 45-day extension of time, until January 22, 2013, to file their respective responsive briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27